■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNETTE CABAN, Appellant. [19 NYS3d 733]—Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered March 20, 2012, convicting defendant, after a jury trial, of criminally negligent homicide, and sentencing her to a term of 1 to 3 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The evidence was essentially the same as the evidence introduced at defendant's first trial, as described in our prior decision (51 AD3d 455 [1st Dept 2008], *revd on other grounds* 14 NY3d 369 [2010]), in which, among other things, we rejected defendant's challenges to the sufficiency and weight of the evidence. After considering defendant's present arguments, we find no reason to reach a different conclusion regarding the evidence presented at the retrial.

Defendant's challenges to the People's summation are unpreserved and we decline to review them in the interest of justice. As an alternative holding, we find that the challenged remarks generally constituted fair comment on the evidence, and reasonable inferences to be drawn therefrom, in response to defense arguments, and that the summation did not deprive defendant of a fair trial (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]). Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ.